UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| JOAN WAN,<br>       Plaintiff, | CASE NO. 1:22-cv-115 |
| vs. | **TRANS UNION, LLC'S NOTICE OF REMOVAL** |
| TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; and JPMORGAN CHASE BANK, N.A.;<br>       Defendants. | |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC, ("Trans Union") hereby removes the subject action from the Supreme Court Of The State Of New York, County of Kings, to the United States District Court for the Eastern District of New York, on the following grounds:

1.    Plaintiff served Trans Union on or about December 27, 2021, with a Summons and Complaint, in the Supreme Court Of The State Of New York, County of Kings. Copies of the Summons and Complaint are attached hereto, as **Exhibit A** and **Exhibit B**, respectively. Trans Union has not been served with any other process, pleadings or orders.

2.    Plaintiff makes claims under, alleges that Defendants violated and alleges that Defendants are liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA"). See Complaint ¶¶ 1, 2, 23 – 27, 29, 34 and 35.

3.    This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.       Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Supreme Court Of The State Of New York, County of Kings, to the United States District Court for the Eastern District of New York.

5.       Counsel for Trans Union has confirmed with the Supreme Court Of The State Of New York, County of Kings, that they have no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6.       Notice of this removal will promptly be filed with the Supreme Court Of The State Of New York, County of Kings, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Supreme Court Of The State Of New York, County of Kings, to this United States District Court, Eastern District of New York.

Date:   January 7, 2022                         Respectfully submitted,

*s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.  (NY #2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 105
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **7th day of January, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **7th day of January, 2022** properly addressed as follows:

| **for Plaintiff Joan Wan**<br>Daniel Zemel, Esq.<br>Elizabeth Apostola, Esq.<br>Zemel Law LLC<br>660 Broadway<br>Paterson, NJ 07514 | |
|---|---|

*s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.  (NY #2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 105
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*